**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **RHONDA KURZ and husband** | ) | |
| **KEITH KURZ,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:22-cv-00016** |
| | ) | |
| **WALMART, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

The parties' Joint Motion Requesting Entry of Agreed Order and Stipulation (Doc. No. 8) is

**GRANTED**. Accordingly, Wal-Mart Stores East, LP is hereby substituted for Walmart, Inc. as the

defendant in this action. Walmart, Inc. is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE