**Lynda M. Hill**
CLERK OF COURT



615-736-2793

August 21, 2023

<u>VIA CM/ECF Notification</u>

Matthew J. McClanahan
McClanahan & Winston PC
P.O. Box 51907
Knoxville, TN 37950

George Andrew Rowlett
Maria T. de Quesada
Howell & Fisher, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203

RE:     *Kurz et al v. Walmart, Inc.*, Case No. 2:22-cv-00016

Dear Counsel,

Canon 3C(1) of the Code of Conduct for United States Judges requires that a judge "disqualify himself or herself in a proceeding in which the judge's impartiality might be reasonably questioned," including instances in which "the judge . . . has a financial interest in the subject matter in controversy or in a party to the proceeding . . . ." Code of Conduct for United States Judges, Canon 3C(1)(c). However, "if a judge to whom a matter has been assigned would be disqualified because of a financial interest in a party (other than an interest that could be substantially affected by the outcome), disqualification is not required if the judge . . . divests the interest that provides the grounds for the disqualification." Canon 3C(4); *see also* 28 U.S.C. § 455(f).

Magistrate Judge Newbern held a financial interest in Walmart Inc. (WMT) between January 26, 2023, and June 6, 2023. Judge Newbern did not have actual knowledge of the interest during that time and has fully divested the interest. Judge Newbern believes that the interest she held would not have been substantially affected by the outcome of the litigation, that divesting the interest has addressed any disqualifying conflict, and that the public interest in judicial efficiency weighs in favor of her continued participation in the case.

Judge Newbern issues this notice to the parties and to the public to avoid any appearance of impropriety and in compliance with the Committee on Codes of Conduct Advisory Opinion No. 69 (removal of disqualification by disposal of interest).

If you have any questions regarding this disclosure, please feel free to contact the Clerk of Court. Any motion requesting Judge Newbern to recuse herself from this case due to the disclosure made herein should be filed no later than **Thursday, August 31, 2023**.

Sincerely,

Lynda M. Hill
Clerk of Court